UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------- X
                       :
UNITED STATES OF AMERICA :
                       :  **UNSEALING ORDER**
        - v. -         :
                       :  21 Cr. 092
TYMUR SHCHERBYNA,      :
                       :
            Defendant. :
                       :
---------------------- X

Upon application of the United States of America, by and through Assistant United States Jonathan E. Rebold, it is hereby ORDERED that the Indictment 21 Cr. 092, which was filed under seal on or about February 11, 2021, be unsealed or the limited purpose of allowing the Government to provide it to domestic and foreign law enforcement authorities in furtherance of the arrest and/or extradition of TYMUR SHCHERBYNA, the defendant.

This Order is placed under seal until such time as the Indictment 21 Cr. 092 is unsealed or until further order of the Court.

SO ORDERED.

Dated: New York, New York
       February 11, 2021

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK