UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

                 - v. -

YURY MOSHA,
ULADZIMIR DANSKOI,
JULIA GREENBERG,
ALEKSEI KMIT,
TIMUR SHCHERBYNA, and
KATERYNA LYSYUCHENKO,

                 Defendants.

- - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S1 21 Cr. 092

       Upon application of the United States of America, by and through Assistant United States Jonathan E. Rebold, it is hereby ORDERED that the Indictment S1 21 Cr. 092, which was filed under seal on or about February 11, 2021, be unsealed for all purposes.

SO ORDERED.

Dated: New York, New York
       February 18, 2021

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK