Duration: 45 MINUTES
Proceeding via: ☐ CourtCall ☒ AT&T

**DOCKET No.** 21CR92  **DEFENDANT** Yury Mosha

**AUSA** Jonathan Rebold  **DEF.'S COUNSEL** Christopher Flood
☐ RETAINED ☒ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☒ RUSSIAN INTERPRETER NEEDED
☐ DEFENDANT WAIVES PRETRIAL REPORT
☒ Brady Warning Given

☒ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.  **DATE OF ARREST** 02/18/2021  ☐ VOL. SURR.
**TIME OF ARREST** 6:00 a.m.  ☐ ON WRIT
☐ Other: ___  **TIME OF PRESENTMENT** 3:45 p.m.

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☒ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: ___
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 300,000 PRB   ☒ 4 FRP
☐ SECURED BY $___ CASH/PROPERTY: ___
☒ TRAVEL RESTRICTED TO SDNY/EDNY/___
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☒ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☒ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET *
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ___
___; REMAINING CONDITIONS TO BE MET BY: 2/26/2021

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- All for co-signors also must be for moral suasion; *2 must sign before release, but D may be released after 2 signors
- only home/remote employment permitted so long as it does not involve the types of services that are at issue in the Sup. Indictment
- No contact with co-Ds outside the presence of counsel
- D permitted to self-install electronic monitoring at direction of PTS
- D shall be produced to the Courthouse at SDNY on 2/22/2021 if detained over the weekend

Defendant advised by the Court of the right to be present, and consented to proceed by remote means.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☒ CONFERENCE BEFORE D.J. ON 3/9/21 11:00 a.m.
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ___

**For Rule 5(c)(3) Cases:**
☐ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: ___

PRELIMINARY HEARING DATE: ___   ☐ ON DEFENDANT'S CONSENT

**DATE:** 02/19/2021

*Katharine H. Parker*
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016