UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Yury Mosha, *et al.*,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Consistent with the discussion during the initial conference held March 9, 2021, it is

ORDERED that:

1. The Government shall complete its remaining discovery within sixty days, with the exception of rolling discovery of materials discussed at the conference.

2. Defense motions shall be due July 15, 2021. The Government's responses shall be due August 12, 2021. Defense replies shall be due August 26, 2021.

3. A jury trial is set to begin June 13, 2022, for three weeks. If the District is still using a centralized calendaring process for trial scheduling at that time, the Court will request this trial date and will inform the parties once the trial date is confirmed.

4. Time is excluded under the Speedy Trial Act from March 9, 2021, to June 13, 2022, to allow the parties time to review discovery, address any pretrial motions, and prepare for trial.

5. The Court will hold a conference on Ms. Greenberg's release conditions on March 23, 2021, at 11:00 a.m. The Government shall file its letter brief by March 15, 2021, and Ms. Greenberg shall file her letter brief by March 22, 2021.

SO ORDERED.

Dated: March 12, 2021
      New York, New York

ALISON J. NATHAN
United States District Judge