

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

July 9, 2021

**VIA ELCTRONIC FILING**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    US v. Mosha, et al. 21 Cr. 92 (AJN)

Dear Judge Nathan:

Counsel for Julia Greenberg respectfully submits this letter to request an extension of time to file any motions based on the discovery provided by the Government for sixty (60) days.

On March 12th, 2021, this Court ordered that motions based on discovery provided by the Government should be made no later than July 15th, 2021. However, after discussions with the Government, there is still some outstanding discovery.

The Government, through Assistant US Attorney Jonathan Rebold, has no objection and consents to this request. Additionally, attorneys for all other Defendants have no objection to this request (and, it is my understanding, would join in the request for all Defendants).

Additionally, we would request that all dates in relation to motions be extended, including all response and reply papers.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)