UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/21
```

United States,

—v—

Yury Mosha,

               Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 18, 2021, Defendant Yury Mosha filed a request to modify the conditions of his release, to which the Government does not object. Dkt. No. 95. The Court GRANTS Defendant's motion. The Court orders that Mr. Mosha be placed on curfew with GPS monitoring, the hours of which are to be set at the discretion of Pretrial Services.

SO ORDERED.

Dated: August 23, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge