UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/21

United States of America,

      –v–

Yury Mosha,

           Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received a communication from a non-party that makes allegations regarding Mr. Mosha. The Court will file the letter under seal and transmit a copy to counsel for Defendants and the Government. The Court will take no further action on the letter.

    SO ORDERED.

Dated: September 2, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge