

February 8, 2023.

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Yury Mosha</u>, 21 CR 92 (AJN)

Dear Judge Oetken,

    I write on behalf of the defendant, Yury Mosha, in the above-referenced case to request a continuance of his sentencing hearing. Mr. Mosha pleaded guilty on October 31, 2022. A sentencing hearing was scheduled for March 1, 2023. The Presentence Investigation Report in this matter has been completed and there are no guideline disagreements between the parties.

    The undersigned was recently hired to help with a jury trial currently pending in the Northern District of Illinois, in the matter of *United States v. Shah, et al*, Case No. 19 CR 864. The jury trial began on January 24, 2023 and is expected to last approximately fourteen (14) weeks. Due to the undersigned's engagement, he is unable to prepare for and participate in the sentencing hearing as scheduled.

    Mr. Mosha is respectfully asking this Honorable Court to continue his sentencing hearing to sometime in late May 2023 or June 2023, to a date that is convenience to both this Court and the parties. Such a continuance will provide the undersigned with the necessary to prepare the necessary sentencing submission and presentation for sentencing.

    Assistant United States Attorney Jonathan Rebold indicated that he does not object to the requested continuance of the sentencing hearing.

a: The Monadnock Building • 53 W. Jackson Blvd., Suite 1128 • Chicago, Illinois 60604
p: 312.726.9015   e: info@glozmanlaw.com   w: glozmanlaw.com

Thank you for your consideration.

Respectfully submitted,

*Vadim A. Glozman*

Vadim A. Glozman

cc: Assistant U.S. Attorney Jonathan Rebold (via ECF)
Assistant U.S. Attorney David Felton (via ECF)

---

Granted.

Sentencing as to Defendant Mosha is hereby adjourned to June 2, 2023, at 12:30 pm, and will be held in Courtroom 706, 40 Foley Square.

Defendant's sentencing submission shall be filed by May 19, 2023; the Government's submission shall be filed by May 26, 2023.

So ordered.

2/9/2023

J. PAUL OETKEN
United States District Judge