

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. J Paul Oetkin  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

November 13, 2023

### US v. Yury Mosha, 21 Cr 92 (JPO)

Your Honor:

As Your Honor is well aware this defendant was scheduled for a surgery with Dr. Fulmes at The Health Institute on November 10, 2023 which was discussed by prior counsel within an August 14, 2023 communication to the Court. The Court was gracious enough to extend the surrender date to December 13, 2023 because of the scheduled surgery. Because of circumstances beyond our control the surgery has now been moved by the surgeon to December 22, 2023. We most respectfully ask that the surrender date be moved to January 12, 2024 at MDC which allows for the two week recover period suggested by the physician in the enclosed letter. We regret any inconvenience this has caused. The Government takes no position. This will absolutely be the last requested adjournment of the surrender date.

> Granted. Defendant's surrender date is hereby adjourned to January 12, 2024.
> So ordered.
> 11/16/2023

Respectfully,  
/s/Matthew D. Myers  
Attorney for Mr. Mosha

_____  
J. PAUL OETKEN  
United States District Judge



**DR. FULMES HEALTH INSTITUTE**

🌐 doctorfulmes.com
📘 dr.fulmes

Date 11-07-23

## TO WHOM IT MAY CONCERN:

Yury Mosha (DOB: 12/17/75) is under my care.

### Patient:
☐ was seen in my office today.

☐ is released to return to work on _____

☐ is unable to return to work at this time because _____
_____

☐ is able to return to school on _____

☐ is not able to participate in the physical education program at school.

☐ is pregnant and estimated date of confinement is _____

☐ is in good physical health.

☒ Surgery is scheduled for 12/22/23 and patient may return to work after 2 weeks weeks.

☐ Medications: _____
_____
_____

☐ Restrictions: _____
_____
_____

☐ Other: _____
_____
_____

(Signature)

📞 718 743 4450
📠 718 743 4452
✉ Mfulmespractice@gmail.com

📍 2343 Coney Island Ave, Brooklyn, NY, 11223
📍 372 Central Park West, Suite 1D, Manhattan, NY, 10025
📍 30-16 30th Drive, Astoria, NY, 11102

