**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Yury Mosha*, 21 Cr. 92 (JPO)**

Dear Judge Oetken:

The Government respectfully writes to oppose the *pro se* request of defendant Yury Mosha to delay, for the third time, his surrender date, which is currently in two days on January 12, 2024. (Dkt. 271, 279, 306, 308). As the Court will recall, in a November 13, 2023 counseled request to postpone his surrender date, Mosha represented, "This will absolutely be the last requested adjournment of the surrender date." (Dkt. 306 at 1).

As background, Mosha was charged nearly three years ago in February 2021, pleaded guilty on October 31, 2022, and was sentenced—over seven months ago—to 10 months' imprisonment on June 2, 2023. In the over seven months since this Court imposed Mosha's sentence, Mosha has attempted to delay his surrender date through communications by multiple sets of lawyers and, as here, direct *pro se* communications. Further, beyond the docketed requests, Mosha—wholly unrelated to any medical issues—has repeatedly reached out to the Government, the Federal Bureau of Investigation, and at least one other U.S. Attorney's Office (through a direct communication to the Chief of that office's Criminal Division), all as part of an effort—sometimes through counsel and other times uncounseled—to delay his surrender date.

Against this backdrop, balancing the relatively limited medical information contained in Mosha's *ex parte* and *pro se* request for a third adjournment of his surrender date, against the seriousness of Mosha's offense, the amount of time that has passed since Mosha's sentencing, and Mosha's prior representation that he would not seek any more adjournments, the Government respectfully submits that it is time for him to serve his sentence.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ ______________________________
Jonathan E. Rebold / David R. Felton
Assistant United States Attorneys
(212) 637-2512 / -2299